## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                    **1:12-mj-41**
Computer servers at Microsoft,          **UNDER SEAL - LEVEL I**
an e-mail provider located at
One Microsoft Way, Redmond,
WA 98052-6399

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to extend the Order precluding Microsoft from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts GAMPHARMA@HOTMAIL.COM, ALLENCOX10@HOTMAIL.COM, PUJJI_MEHTA@HOTMAIL.COM, ARIEIK@HOTMAIL.COM,  CHUKKY2007@HOTMAIL.COM, SATHEESHUV@HOTMAIL.COM, XW521@HOTMAIL.COM, MARIA_MEDEXLTD@HOTMAIL.COM, OLGA_MEDEXLTD@HOTMAIL.COM and, H-HELPDESK@HOTMAIL.COM, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Microsoft shall not notify any person of the existence of the Search Warrant, for a period of an additional ninety (90) days.

November 27 , 2012

_____
Landya B. McCafferty
United States magistrate Judge